**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Isidro GUERRA–MENDOZA,**
**Defendant–Appellant.**

No. 07–50362
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

---

Jad Powers Ratliff Harper, Law Office of Jad P. Harper, Eagle Pass, TX, for Defendant–Appellant.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Isidro Guerra–Mendoza (Guerra) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guerra has filed a response and has moved for appointment of new counsel. The record is insufficiently developed to allow consideration at this time of Guerra's claim of ineffective assistance of counsel, *see United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006), and his motion for appointment of new counsel is DE-NIED. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir.1998). Our independent review of the record, counsel's brief, and Guerra's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.